# Court of Appeals
# of the State of Georgia

ATLANTA,  October 21, 2021

*The Court of Appeals hereby passes the following order:*

**A22A0110. SOCO CONTRACTING COMPANY, INC. v. FULTON COUNTY.**

SoCo Contracting Company, Inc. has moved to withdraw this appeal pursuant to Court of Appeals Rule 41 (g). SoCo's motion is hereby GRANTED, and this appeal is deemed WITHDRAWN.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,  10/21/2021*
        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*